| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Alarcon, Arthur L | 2. Court or Organization U.S. Circuit Court of Appeals | 3. Date of Report 5/6/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Circuit Judge – Senior Status | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address U.S. Courthouse 312 No. Spring Street Los Angeles, CA 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Las Familias del Pueblo (a not-for-profit corporation) |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 6/76 | Employee's Retirement Benefit (Los Angeles County) |
| 2. | 6/76 | Employee's Retirement Benefit (State of California) |
| 3. | 6/92 | State Judge's Pension |

FINANCIAL DISCLOSURE OFFICE  2005 MAY 16  A 11: 33  RECEIVED

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Alarcon, Arthur L. | 5/6/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse, see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | Southwestern University Law Class (13 weeks) | 4,500 |
| 2. | 2004 | Retirement Benefits, State of California | 2,137 |
| 3. | 2004 | Retirement Benefits, Los Angeles County | 9,633 |
| 4. | 2004 | Retirement Benefits, State of California Judges | 34,063 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | Retirement Plan of Citibank |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursement.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|--------|-------------|-------|
| 1. | | |

VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|----------|-------------|------------|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alarcon, Arthur L | 5/6/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month-Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Cal Western Life Ins Co | A | Interest | K | T | | | | | |
| 2. L.A. Financial Credit Union | B | Interest | M | T | | | | | |
| 3. First Federal Bank Accounts | A | Interest | K | T | | | | | |
| 4. Washington Mutual Bank Accounts | B | Interest | L | T | | | | | |
| 5. TD Waterhouse Bank Accounts | A | Interest | L | T | | | | | |
| 6. U.S. Treasury Bills | B | Interest | M | T | | | | | |
| 7. United Airlines Common Stock | | None | J | T | | | | | |
| 8. E*Trade Bank Accounts | B | Interest | | | Closed | 12/29 | J | | |
| 9. Citibank Accounts | B | Interest | L | T | | | | | |
| 10. World Savings Bank Accounts | A | Interest | L | T | Opened | 12/21 | | | |
| 11. Brokerage Account #1 | | | | | | | | | |
| 12. – Agilent Technology Common Stock | | None | J | T | | | | | |
| 13. – Citigroup Common Stock | D | Dividend | M | T | | | | | |
| 14. – Coca Cola Common Stock | A | Dividend | J | T | | | | | |
| 15. – Hewlett Packard Common Stock | A | Dividend | J | T | | | | | |
| 16. – Microsoft Common Stock | A | Dividend | J | T | | | | | |
| 17. – Worldcom Common Stock | | None | | | Expired | 05/07 | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alarcon, Arthur L | 5/6/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. — Proctor & Gamble Common Stock | A | Dividend | J | T | | | | | |
| 19. — Nokia Common Stock | A | Dividend | J | T | | | | | |
| 20. — Ford Motor Common Stock | A | Dividend | J | T | | | | | |
| 21. — IBM Common Stock | A | Dividend | J | T | | | | | |
| 22. — Sara Lee Common Stock | A | Dividend | J | T | | | | | |
| 23. Brokerage Account #2 | | | | | | | | | |
| 24. — Honeywell Common Stock | A | Dividend | K | T | | | | | |
| 25. — Cisco Common Stock | | None | J | T | | | | | |
| 26. — Corning Common Stock | | None | J | T | | | | | |
| 27. — EMC Common Stock | | None | J | T | | | | | |
| 28. — Pfizer Common Stock | A | Dividend | J | T | | | | | |
| 29. — Merck Common Stock | A | Dividend | J | T | Buy | 03/08 | J | | |
| 30. — International Paper Common Stock | A | Dividend | J | T | | | | | |
| 31. — Intel Common Stock | A | Dividend | J | T | | | | | |
| 32. — TYCO International LTD Common Stock | A | Dividend | J | T | | | | | |
| 33. — EXXON Mobil Corp Common Stock | A | Dividend | J | T | Buy | 04/28 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Alarcon, Arthur L | 5/6/2005 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Alterton, Arthur L | 5/6/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date _May 6, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544